UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20715-CR-COOKE/TORRES

UNITED STATES OF AMERICA

      Plaintiff,

vs.

MIGUEL MESA,

      Defendant.

_____/

## CORRECTED MOTION FOR AN AMENDED JUDGMENT

Defendant, Miguel Mesa, by his attorney, Alvin Ernest Entin, Esquire, respectfully moves this Court to issue an Amended Judgment recommending that he be re-designated from the Federal Prison Camp in Montgomery, Alabama, to the Federal Prison Camp in Miami, Florida, and in support thereof does respectfully represent that:

1.      On or about July 12, 2017, this Court sentenced Defendant, *inter alia*, to one hundred (100) months of imprisonment and recommended to the Bureau of Prisons that

> [T]he defendant to participate in the Bureau of Prison's Residential Drug and Alcohol Treatment Program, and for the defendant to be designated to a facility in the Southern District of Florida.

2.      Despite this recommendation, Defendant has been designated to the Federal Prison Camp in Montgomery, Alabama.

3.      Upon information and belief, if this Court were to issue an Amended Judgment specifically recommending to the Bureau of Prisons that Mr. Mesa should be re-designated from FPC Montgomery to the Federal Prison Camp in Miami, Florida, with a rationale in support, the Bureau of Prisons will give serious consideration to this request.

1

4.      The reason for the Motion for Amended Judgment is that Defendant Mesa's daughter Cynthia still suffers from debilitating leukemia and remains on a regimen of constant and frequent chemotherapy.  That it will be nearly impossible for Defendant's wife and daughter to visit with Defendant during his incarceration as the rigors of travel to and from Alabama will be generally impossible for Cynthia to accommodate.  Her precarious health was such that an alternative trip by Make A Wish was cancelled for reasons of her deteriorating health. Incarceration, while punitive, is not supposed to be so punitive as to eliminate visits between spouses and children.

5.      Undersigned counsel has attempted to contact AUSA Roger Cruz with regards to the Government's position on this matter but has been unsuccessful.

WHEREFORE, for the foregoing reasons, it is requested that this Court issue an Amended Judgment stating as follows:

> The Court strongly recommends that Defendant be re-designated from the Federal Prison Camp at Montgomery, Alabama, to the Federal Prison Camp in Miami, Florida, so that Defendant's family, particularly his daughter, Cynthia, who suffers from debilitating Leukemia, can avoid the rigors of travel to and from Alabama.
>
> If the Bureau of Prisons is unable to re-designate Defendant, the Court requests a written response.

Respectfully submitted,

ENTIN & DELLA FERA, P.A.
633 South Andrews Avenue, Suite 500
Fort Lauderdale, Florida 33301
Telephone:  (954) 761-7201
Facsimile:   (954) 764-2443

By: */s/ Alvin E. Entin*
    ALVIN E. ENTIN
    Fla. Bar No. 127027

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either by transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Alvin E. Entin*