UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20715-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MIGUEL MESA,

    Defendant,

and

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

    Garnishee.

_____/

## AGREED MOTION FOR DISPOSITION

Plaintiff, by and through the undersigned counsel, respectfully moves, pursuant to 28 U.S.C. §3205(c)(7), for an Order of disposition of the judgment debtor's nonexempt interest in the property identified by the Garnishee, Massachusetts Mutual Life Insurance Company (Mass Mutual) and then for dissolution of the Writ of Garnishment. In support thereof, Plaintiff states the following:

## MEMORANDUM OF LAW

1. On July 12, 2017, a Stipulation Regarding Restitution was entered with the Court. The Plaintiff, United States of America and Defendant, Miguel Mesa stipulated and agreed that upon entry of the Judgment in a Criminal Case, the Government would file Agreed Writs of Garnishment directed to SEI Private Trust Company and Mass Mutual (D.E. 487).

1

2. On the same date, a criminal judgment was entered against the Defendant in which the Defendant was ordered to pay a $100 assessment and $22,456,186.00 in restitution (D.E. 505).

3. On July 27, 2017, the Clerk of Court issued a Writ of Garnishment to Garnishee Mass Mutual directing it to withhold from the Defendant Miguel Mesa any property in its possession, custody or control, in which Miguel Mesa has a substantial nonexempt interest (D.E. 534).

4. The Writ was issued pursuant to the Federal Debt Collection Procedure Act (FDCPA), 28 U.S.C. § 3001, et seq., for the purpose of securing payment of the criminal restitution judgment imposed on July 12, 2017, against the Defendant Miguel Mesa in this action (D.E. 505).

5. A Certificate of Service was filed on July 31, 2017, reflecting that copies of the Agreed Motion for Writ of Garnishment, the Writ of Garnishment, and the instructions required by 28 U.S.C. § 3205(c)(3)(B) were served by CM/ECF to Defendant's counsel and by U.S. mail upon the Garnishee (D.E. 554).

6. In response to the Writ of Garnishment directed to Mass Mutual, the garnishee filed an Answer identifying the following accounts (D.E. 575).

| **Description of Property** | **Cash Surrender Value (as of August 3, 2017)** | **Defendant's Interest in Property** |
|---|---|---|
| Variable Life Policy No. xxx4762 | $29,856.31 | Owner |
| Universal Life Policy No. xxxx3420 | $18,016.22 | Owner |
| Whole Life Policy No. xxxx3558 | $36,431.66 | Owner |
| Variable Annuity No. TRNxxxx1147 | $110,993.36 | Owner |

7. Plaintiff requests that the Court direct Mass Mutual, to liquidate the monies of the Variable Life Policy No. xxx4762, Universal Life Policy No. xxxx3420, Whole Life Policy No. xxxx3558, and Variable Annuity No. TRNxxxx1147, less 20% from each account to be applied toward Defendant's federal income taxes, and deposit the funds with the Clerk of the Court to be applied toward the Defendant's restitution judgment.

8. Defendant's counsel agrees to the relief sought in this motion.

WHEREFORE, pursuant to 28 U.S.C. §3205(c)(7), Plaintiff United States of America respectfully requests an Order from the Court directing Garnishee Mass Mutual, to liquidate the Variable Life Policy No. xxx4762, Universal Life Policy No. xxxx3420, Whole Life Policy No. xxxx3558, and Variable Annuity No. TRNxxxx1147 in the manner set forth above. Plaintiff submits that the Writ of Garnishment (D.E. 534) should be dissolved once the garnishee has made the above-referenced payment to the Clerk of Court.

Respectfully submitted,

**BENJAMNIN G. GREENBERG**
**ACTING UNITED STATES ATTORNEY**

By:   */s/Maureen Donlan*
Maureen Donlan
Assistant U.S. Attorney
99 N.E. 4th Street, Suite 300
Miami, FL  33132-2111
Fla. Bar No.298034
Telephone No. (305) 961-9334
Fax No. (305) 530-7139
E-mail: Maureen.Donlan@usdoj.gov
*Counsel for Plaintiff*

3

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served *via* CM/ECF to: Defendant's counsel, Alvin Entin, Esquire, and by U.S. mail to: C. Maxwell Solie, Attorney for the Garnishee, Massachusetts Mutual Life Insurance Company, Law Department, 1295 State Street, Springfield, MA 01111.

/s/ *Maureen Donlan*
Assistant U.S. Attorney