UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.16-20715-CR-COOKE

UNITED STATES OF AMERICA,

      Plaintiff,

Vs.

ANITA SGARRO,

      Defendant.

_____/

### ORDER ON MOTION FOR RELEASE ON BOND PENDING APPEAL

THIS CAUSE came before the Court on the Defendant's *Motion for Release on Bond Pending Appeal (ECF No.742)*. The Court having reviewed the pertinent information and being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that the motion is **DENIED.**

**DONE AND ORDERED** in Chambers at the United States District Courthouse in Miami- Dade County, Florida this 12th day of December 2017.

_____
MARCIA G. COOKE
United States District Judge